United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

SUZANNE M. MERRELL
         Plaintiff

    VS.         6:03-CV-447 (NAM)

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY

         Defendant

[X]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision denying disability benefits is AFFIRMED and the defendant's motion for judgment on the pleadings is GRANTED, therefore plaintiff's complaint is hereby DISMISSED. Any appeal of this decision should be taken directly to the Court of Appeals for the Second Circuit.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 29th day of August, 2008.

| | |
|---|---|
| **AUGUST 29, 2008** | **LAWRENCE K. BAERMAN** |
| **DATE** | **Clerk of Court** |
| | s/ |
| | **Joanne Bleskoski**<br>**Deputy Clerk** |